## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZOLYTICS, INC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> CIMARRON CAPITAL, LTD. <br><br> Defendant/Counterclaim Plaintiff. | C.A. No.: 1:21-cv-01599-RGA |

## NOTICE OF SERVICE

I certify that on August 10, 2022, a copy of (i) Defendant/Counterclaim Plaintiff Cimarron Capital, Ltd.'s First Set of Interrogatories; and (ii) First Set of Requests for Production of Documents were served on the following counsel of record via electronic mail:

>Antranig N. Garibian
>Garibian Law Offices, P.C.
>1010 Bancroft Parkway, Suite 22
>Wilmington, DE 19805
>215-326-9179
>ag@garibianlaw.com

>*/s/ Kaan Ekiner*
>Kaan Ekiner, Esq. (#5607)
>COZEN O'CONNOR
>1201 North Market Street, Suite 1001
>Wilmington, DE 19801
>(302) 295-2046
>kekiner@cozen.com
>
>John J. Muldoon III, Esq. (admitted *pro hac vice*)
>MULDOON & MULDOON, LLC
>111 West Washington Street
>Suite 1500
>Chicago, IL 60602
>(312) 739-3550
>jjm@muldoonlaw.com
>*Attorneys for Defendant, Counterclaim Plaintiff Cimarron Capital, Ltd.*