IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENZOLYTICS, INC, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | C.A. No.: 1:21-cv-01599-RGA |
| v. | ) | |
| | ) | |
| CIMARRON CAPITAL, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ENZOLYTICS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 1:21-cv-01600-RGA |
| v. | ) | |
| | ) | |
| KONA CONCEPTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANTS' STATUS REPORT

Pursuant to this Court's order dated November 8, 2023, Defendants report that since November 8, 2023 they have been diligent in interviewing local counsel to represent them in this matter. As of this date, they have not yet retained local counsel. However, they are confident that they will retain local counsel on or before December 8, 2023.

Respectfully submitted,

/s/ John J. Muldoon, III

John J. Muldoon, III
Muldoon & Muldoon, LLC
PRO HAC VICE
IL Atty. No. 6185878
111 W. Washington Blvd., Suite 1500
Chicago, Illinois, 60602
312-739-3550
jjm@muldoonlaw.com

