IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENZOLYTICS, INC, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | C.A. No.: 1:21-cv-01599-RGA |
| v. | ) | |
| | ) | |
| CIMARRON CAPITAL, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ENZOLYTICS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 1:21-cv-01600-RGA |
| v. | ) | |
| | ) | |
| KONA CONCEPTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

RECEIVED DEC 0 1 2023 US DISTRICT COURT DISTRICT OF DELAWARE

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Defendants CIMARRON CAPITAL, LTD., and KONA CONCEPTS, INC. file this motion seeking an extension to retain new local counsel and in support states:

1. On November 8, 2023, this court ordered Defendants to retain local counsel on or before December 8, 2023.

2. On November 21, 2023 pursuant to the November 8, 2023 order Defendants filed a status report stating that hey have been diligent in interviewing local counsel, however as of the date of this motion, they have not been able to

retain local counsel and may not be able to do so by this Court's deadline of December 8, 2023.

3. Therefore, Defendants seek a two-week continuance from December 8, 2023 to December 22, 2023 to retain local counsel.

WHEREFORE, Movant respectfully requests that the Court enter an Order granting this Motion for Extension of Time to from December 8, 2023 to December 22, 2023 to retain local counsel. A [Proposed] Order is attached.

Dated: November 30, 2023

                                                   Respectfully submitted,

                                                   /s/ John J. Muldoon, III

John J. Muldoon, III
Muldoon & Muldoon, LLC
PRO HAC VICE
IL Atty. No. 6185878
111 W. Washington Blvd., Suite 1500
Chicago, Illinois, 60602
312-739-3550
jjm@muldoonlaw.com