IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZOLYTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIMARRON CAPITAL, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-1599-RGA <br> Consolidated |

**ENTRY OF APPEARANCE**

Please enter the appearance of Gerard M. O'Rourke, Esquire, of O'Kelly & O'Rourke, LLC, as counsel for Defendants Cimarron Capital, Ltd., and Kona Concepts, Inc., in the above-captioned consolidated matter.

Dated December 19, 2023,

OF COUNSEL
John J. Muldoon III (pro hac vice)
MULDOON & MULDOON, LLC
111 West Washington Street
Suite 1500
Chicago, IL 60602
(312) 739-3550
jjm@muldoonlaw.com

**O'KELLY & O'ROURKE, LLC**

By:  */s/ Gerard M. O'Rourke*
Gerard M. O'Rourke (No. 3265)
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
gorourke@okorlaw.com

*Counsel for Defendants*