# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZOLYTICS, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) C.A. No. 1:21-1599-RGA<br>) |
| CIMARRON CAPITAL, LTD., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |
| ENZOLYTICS, INC, | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | )<br>)<br>) |
| KONA CONCEPTS, INC., | ) C.A. No.: 1:21-cv-01600-RGA<br>) |
| Defendant. | )<br>)<br>) |

## NOTICE OF SERVICE

I certify that on December 13, 2023, Defendants' AMENDED RULE 26(a)(1) INITIAL DISCLOSURES were served on the following counsel of record via electronic mail:

> Antranig N. Garibian
> Garibian Law Offices, P.C.
> 1010 Bancroft Parkway, Suite 22
> Wilmington, DE 19805
> 215-326-9179
> ag@garibianlaw.com

<table>
<tr><td>

John J. Muldoon III (pro hac vice)
MULDOON & MULDOON, LLC
111 West Washington Street
Suite 1500
Chicago, IL 60602
(312) 739-3550
jjm@muldoonlaw.com

</td><td>

**O'KELLY & O'ROURKE, LLC**

By:  */s/ Gerard M. O'Rourke*
Gerard M. O'Rourke (No. 3265)
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
gorourke@okorlaw.com

*Counsel for Defendants*

</td></tr>
</table>

Dated January 4, 2024