IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ENZOLYTICS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CIMARRON CAPITAL, LTD.**<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. NO. 1:21-CV-01599-RGA** |
| **ENZOLYTICS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**KONA CONCEPTS, INC.**<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. NO. 1:21-CV-01600-RGA** |

**JOINT STATUS REPORT**

Pursuant to the Court's December 20, 2023, Oral Order for a joint status report (Dkt. 83), the parties in the above-captioned matter report as follows. Fact discovery in this action is complete, as fact discovery ended on December 15, 2023, pursuant to the revised Scheduling Order governing these actions (Dkt. 73). The parties are proceeding as set forth in the Scheduling Order and, at this time, do not have any issues to report to the Court. Counsel is available at the convenience of the Court to answer any questions or concerns.

Respectfully submitted,

| | |
|---|---|
| **GARIBIAN LAW OFFICES, P.C.**<br><br>*/s/ Antranig Garibian*_____<br>Antranig Garibian, Esq. (#4962)<br>Brandywine Plaza East<br>1523 Concord Pike, Suite 400<br>Wilmington, DE  19803<br>(302) 722-6885<br>ag@garibianlaw.com<br>*Attorney for Plaintiff, Enzolytics, Inc.* | **O'KELLY & O'ROURKE, LLC**<br><br>/s/ Gerard M. O'Rourke____<br>Gerard M. O'Rourke (#3265)<br>824 N. Market Street, Suite 1001A<br>Wilmington, DE 19801<br>Tel.: (302) 778-4000<br>gorourke@okorlaw.com<br><br><br>John J. Muldoon III (pro hac vice)<br>**MULDOON & MULDOON, LLC**<br>111 West Washington Street<br>Suite 1500<br>Chicago, IL 60602<br>(312) 739-3550<br><br><br><br>*Counsel for Defendants* |