**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ENZOLYTICS, INC.,** | : | **C.A. NO. 1:21-CV-01599-RGA** |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CIMARRON CAPITAL, LTD.** | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **ENZOLYTICS, INC.,** | : | **C.A. NO. 1:21-CV-01600-RGA** |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KONA CONCEPTS, INC.** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I certify that on February 13, 2024, a true and accurate copy of Plaintiff's Federal Rule

26(a)(2) Expert Disclosure was served via e-mail on the following parties:

John J. Muldoon, III, Esquire
Gerard M. O'Rourke, Esquire

**GARIBIAN LAW OFFICES, P.C.**
By: */s/ Antranig N. Garibian*_____
Antranig N. Garibian, Esquire (DE Bar No. 4962)
1523 Concord Pike, Suite 400
Wilmington, DE  19803
Telephone: (302) 722-6885
ag@garibianlaw.com
*Attorney for Enzolytics, Inc.*