## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ENZOLYTICS, INC.,** | : | C.A. No. 1:21-cv-01600-RGA |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **KONA CONCEPTS, INC.** | : | |
| | : | |
| Defendant. | : | |

### PLAINTIFF, ENZOLYTICS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff Enzolytics, Inc. ("ENZC") respectfully moves the Court for an order granting summary judgment in ENZC's favor as there is no genuine dispute as to any material fact and ENZC is entitled to judgment as a matter of law. In support of this Motion, ENZC submits the attached brief (which is fully incorporated herein), declarations with exhibits of Harry Zhabilov and Antranig Garibian, Esquire, a Rule 56.1 Statement of Undisputed Facts and a proposed order. For the reasons set forth in the supporting brief, ENZC respectfully requests that the Court grant summary judgment in its favor.

Respectfully Submitted,

_____
By: Antranig Garibian, Esq.
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE  19803
(302) 722-6885 – o
ag@garibianlaw.com
*Attorney for Plaintiff, Enzolytics, Inc.*