IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ENZOLYTICS, INC.,** | : | C.A. No. 1:21-cv-01600-RGA |
| Plaintiff, | : | |
| **v.** | : | |
| **KONA CONCEPTS, INC.** | : | |
| Defendant. | : | |

### DECLARATION OF ANTRANIG GARIBIAN, ESQ.

Antranig Garibian, being duly sworn, deposes and says:

1. I am an attorney at Garibian Law Offices, P.C., counsel of record for Enzolytics, Inc. in this action. I submit this declaration ("Declaration") in support of the Motion for Summary Judgment of Enzolytics, Inc. ("ENZC") based on my personal knowledge.

2. I am over the age of eighteen. I have never been charged with or convicted of any felony or crime of dishonesty.

3. Attached hereto as Exhibit A is a true and correct copy of ENZC's responses to Defendant's discovery demands, which were served on September 23, 2022. For purposes of this motion, I have added bates numbered to the document GARIBDECL A – 1 through 39. These bates numbers were not on the original production.

4. Attached hereto as Exhibit B is a true and correct copy of the report of ENZC's expert in this matter, David S. Conway, Esq., which was served on February 13, 2024. For purposes of this motion, I have added bates numbered to the document GARIBDECL B – 1 through 11. These bates numbers were not on the original production.

5. Attached hereto as Exhibit C is a true and correct copy of the November 23, 2020 "Conversion

Notice" that I received from John Muldoon, Esq., counsel for Kona Concepts, Inc. This was emailed to me on January 20, 2022 by Mr. Muldoon.

I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2024

_____
Antranig Garibian, Esq.
(DE Bar No. 4962)