# Garibian Declaration
# EXHIBIT C

### ENZOLYTICS, INC.

### CONVERTIBLE PROMISSORY NOTE

### DATED MARCH 9ᵀᴴ, 2017

### $25,000 PRINCIPAL
### 12% INTEREST

### KONA CONCEPTS, INC.
### CONVERSION NOTICE

The undersigned hereby elects to convert the attached Convertible Note into _free_ trading shares of common stock ("Common Stock"), of Enzolytics, Inc. ("Company") according to the conditions hereof, as of the date written below. No fee will be charged to the holder for any conversion, except for such transfer taxes, if any.

Conversion request:

November 23ʳᵈ, 2020
_____
Date to Effect Conversion


9,703,720
Number of _FREE_-trading shares of Common Stock to be Issued


$ 38,814.88
Amount Converted


.004
Applicable Conversion Price


$ 0
Principal Amount Remaining


Tax ID # of Kona Concepts, Inc.:     81-3606238

WE HEREBY CERTIFY that Kona Concepts, Inc. does not _and_ will not own more than 9.99% or more of the Company's Common Stock after the above conversion based upon the current outstanding of 2,758,670,097 as reported in OTC Markets.

Kona Concepts, Inc.

By: _Peter Aiello_
Name: Peter Aiello, CEO

Certificate can be registered to        Kona Concepts, Inc.

Mailing Instructions:            To be arranged between the Transfer Agent and Kona Concepts, Inc.

# Deferred Payment Loan: Paying Back a Lump Sum Due at Maturity

Loan Amount  [25000]

Loan Term  [3]  years
[8]  months

Interest Rate  [12]

Compound  [Daily ▼]

**Results**

Amount Due at Loan Maturity  **$38,814.88**
Total Interest  **$13,814.88**

*Daily rate assumes 365.25 days per year.

| | Beginning Balance | Interest | Ending Balance |
|---|---|---|---|
| 1 | $25,000.00 | $3,186.87 | $28,186.87 |
| 2 | $28,186.87 | $3,593.11 | $31,779.98 |
| 3 | $31,779.98 | $4,051.14 | $35,831.12 |
| 4 (Partial) | $35,831.12 | $2,983.76 | $38,814.88 |

THE SECURITIES REPRESENTED HEREBY HAVE NOT BEEN REGISTERED UNDER THE
SECURITIES ACT OF 1933, AS AMENDED, OR QUALIFIED UNDER APPLICABLE STATE
SECURITIES LAWS AND HAVE BEEN TAKEN FOR INVESTMENT PURPOSES ONLY
AND NOT WITH A VIEW TO OR FOR SALE IN CONNECTION WITH ANY
DISTRIBUTION THEREOF. THE SECURITIES MAY NOT BE SOLD OR OTHERWISE
TRANSFERRED IN THE ABSENCE OF SUCH REGISTRATION AND QUALIFICATION
WITHOUT, EXCEPT UNDER CERTAIN SPECIFIC LIMITED CIRCUMSTANCES, AN
OPINION OF COUNSEL FOR THE HOLDER THAT SUCH REGISTRATION AND
QUALIFICATION ARE NOT REQUIRED.

**Eco-Petroleum Solutions, Inc.,**
(a Delaware corporation)

*And its Subsidiary*

**Immunotech Laboratories, Inc.**
(A Nevada corporation)

## 12% CONVERTIBLE PROMISSORY NOTE
### All Terms Conditional on Receipt of $25,000 US BY
### KONA Concepts Inc

$ 25,000.00 (US)                                                    March 9, 2017

1.           Principal and Interest. **Eco-Petroleum Solutions, Inc.,** a Delaware
corporation (the "Company") *And its Subsidiary* **Immunotech Laboratories, Inc.** (A Nevada
corporation), for value received, hereby promises to pay to the order of KONA Concepts inc. (the
"Holder") in lawful money of the United States at the address of the Holder set forth below, the
principal amount of TWENTY-FIVE THOUSAND Dollars ($25,000.00), together with interest at
a rate equal to Twelve Percent (12%) per annum, compounded. The principal and any accrued
interest on this Note are due and payable on or before March 9, 2018, the Holder may elect to
convert this Note into shares of common stock ("Common Stock") of **Eco-Petroleum Solutions,
Inc.,** (the "Company") pursuant to Section 3. Upon payment in full of all principal and interest
payable hereunder, or conversion to common stock, this Note shall be surrendered to the Company
for cancellation. The Company may prepay this Note at anytime without penalty, subject to the
election of the Holder exercising their rights under Section 3.

2.           Security for Note. The Note shall be secured by the assets as provided in
Attachment A, by the Company.

3.           Conversion of Note into Common Stock.    The Note holder (the "Holder") in its
sole discretion may elect to convert the Note into shares of the Company's common stock. The
Holder may convert the Note, or portion thereof, at a discount to market equal to 50% discount to
the lowest closing bid during the past 10 trading days. The Holder's right to convert the Note will
be triggered upon the occurrence of any one of the following: (i) 6 months from the date of said

note, (ii) change in control the Company, (iii) the filing of a registration statement or offering, or (iv) election by the Holder. No fractional shares of common stock shall be issued upon conversion of the Note, and in lieu thereof, the number of shares of common stock to be issued for the Note converted shall be rounded down to the nearest whole number of shares of common stock.

3.1 Conversion Limitations.    On conversion of the note to shares by the Company, the Note Holder shall not hold more than 9.9% of the outstanding stock of the Company at any time.

3.2 Authorized Shares.  If at the time of conversion pursuant to this Section 2 there are insufficient authorized shares of Common Stock to permit conversion of this Note in full, then the Company shall take all corporate action necessary to authorize a sufficient number of shares to permit such conversion in full.

3.3 Stock Certificate.  Upon conversion of this Note, the Holder shall surrender this Note, duly endorsed, at the principal office of the Company. At its expense, the Company shall, as soon as practicable thereafter, issue and deliver to the Holder at such principal office a certificate or certificates, either physically or via DWAC, for the number of shares to which the Holder shall be entitled upon such conversion (bearing such legends as are required by applicable state and federal securities laws and in the opinion of counsel to the Companies).

3.4 Fractional Shares.  No fractional shares shall be issued upon conversion of this Note. In lieu of the Company issuing any fractional shares to the Holder upon the conversion of this Note, the Company shall pay to the Holder an amount in cash equal to the product obtained by multiplying the conversion price applied to effect such conversion by the fraction of a share not issued pursuant to the previous sentence. Upon conversion of this Note in full and the payment of the amounts specified in this Note, the Companies shall be released from all its obligations and liabilities under this Note.

4.    Transfers. This Note may be transferred only in compliance with applicable federal and state securities laws and only upon surrender of the original Note for registration of transfer, duly endorsed, or accompanied by a duly executed written instrument of transfer in form satisfactory to the Company. Thereupon, a new promissory note for like principal amount and interest will be issued to, and registered in the name of, the transferee. Interest and principal are payable only to the registered holder of this Note.

5.    Attorneys' Fees. If the indebtedness represented by this Note or any part thereof is collected in bankruptcy, receivership or other judicial proceedings or if this Note is placed in the hands of attorneys for collection after default, the Company agrees to pay, in addition to the principal and interest payable hereunder, reasonable attorneys' fees and costs incurred by the Holder.

6.    Notices.  Any notice, other communication or payment required or permitted hereunder shall be in writing and shall be deemed to have been given upon delivery if personally delivered or upon deposit if deposited in the United States mail for mailing by registered or certified mail, postage prepaid, and addressed as follows:

If to the Holder:      KONA Concepts Inc
                       27 Barker Ave. Apt 1004
                       White Plains, NY 10601


If to the Company      **Eco-Petroleum Solutions, Inc.,**
                       **Immunotech Laboratories, Inc.**
                       Harry Zhabilov, CEO
                       120 WPomona Ave.
                       Monrovia, CA 91016

Each of the above addressees may change its address for purposes of this section by giving to the other addressee notice of such new address in conformance with this section.

7.      Waivers. The Company hereby waives presentment, demand for performance, notice of non-performance, protest, notice of protest and notice of dishonor. No delay on the part of the Holder in exercising any right hereunder shall operate as a waiver of such right or any other right.

8.      Usury Savings Clause. The Company and Holder intend to comply at all times with applicable usury laws. If at any time such laws would render usurious any amounts due under this Note under applicable law, then it is the Company's and Holder's express intention that the Company not be required to pay interest on this Note at a rate in excess of the maximum lawful rate, that the provisions of this Section 7 shall control over all other provisions of this Note which may be in apparent conflict hereunder, that such excess amount shall be immediately credited to the principal balance of this Note, and the provisions hereof shall immediately be reformed and the amounts thereafter decreased, so as to comply with the then applicable usury law, but so as to permit the recovery of the fullest amount otherwise due under this Note.

9.      Governing Law. This Note is being delivered in and shall be construed in accordance with the laws of the State of New York, without regard to the conflicts of law's provisions thereof.

10.     Amendment. Any amendment hereto or waiver of any provision hereof may be made only with the written consent of the Company and the Holder. This Note shall inure to the benefit of and bind the successors, permitted assigns, heirs, executors, and administrators of the Company and Holder.

**Eco-Petroleum Solutions, Inc.,**

**Immunotech Laboratories, Inc.**

By:
    Harry Zhabilov, CEO

**Bank of America** 🇺🇸🇺🇸🇺🇸                    Online Banking

---

**Business Advantage Chk - 4190: Account Activity Transaction Details**

---

| | |
|---:|:---|
| **Check number:** | 00000001001 |
| **Post date:** | 03/10/2017 |
| **Amount:** | -25,000.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |