# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZOLYTICS, INC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> CIMARRON CAPITAL, LTD. <br><br> Defendant/Counterclaim Plaintiff. | C.A. No.: 1:21-cv-01599-RGA |

## STIPULATION AND [PROPOSED] SUMMARY JUDGMENT BRIEFING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that:

a. Plaintiff's Motion for Summary Judgment was timely filed on June 14, 2024.

b. Defendants' Responses to Plaintiff's Motion for Summary Judgment shall be due July 29, 2024.

c. Plaintiff's Reply to Defendants' Responses to Plaintiff's Motion for Summary Judgment shall be due August 19, 2024.

| | |
|---|---|
| **GARIBIAN LAW OFFICES, P.C.** | **O'KELLY &O'ROURKE, LLC** |
| */s/ Antranig Garibian* <br> Antranig Garibian, Esq. (#4962) <br> Brandywine Plaza East <br> 1523 Concord Pike, Suite 400 <br> Wilmington, DE 198031010 N. <br> (302) 722-6885 <br> ag@garibianlaw.com <br><br> *Counsel for Plaintiff* | */s/ Gerard M. O'Rourke* <br> Gerard M. O'Rourke (No. 3265) <br> 824 N. Market Street, Suite 1001A <br> Wilmington, DE 19801 <br> (302) 778-4002 <br> gorourke@okorlaw.com <br><br> *Counsel for Defendant* |

SO ORDERED this  1st  day of         July         2024.

/s/ Richard G. Andrews

United States District Judge