

**Gerard M. O'Rourke, Esq.**
gorourke@okorlaw.com
**Direct: (302) 778-4002**

July 23, 2024

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    *RE: Enzolytics, Inc. v. Cimarron Capital, Ltd., C.A. No.: 21-01599-RGA*
    *Enzolytics, Inc. v. Kona Concepts, Inc., C.A. No.: 21-01600-RGA*

Dear Judge Andrews:

    Please accept this letter on behalf of Defendants in the above-referenced matters, consolidated under case number C.A. No. 21-1599-RGA (collectively, the "Actions"). This letter is to advise the Court that Cimarron Capital, Ltd. and Kona Concepts, Inc. do not oppose Plaintiff's pending motions for Summary Judgment filed in the Actions and consent to the granting of both motions. The parties have agreed that all parties shall bear their own fees and costs in the Actions.

    Respectfully submitted,

    **O'KELLY &O'ROURKE, LLC**

    */s/ Gerard M. O'Rourke*
    Gerard M. O'Rourke (No. 3265)
    824 N. Market Street, Suite 1001A
    Wilmington, DE 19801
    (302) 778-4002
    gorourke@okorlaw.com

    *Counsel for Defendants*

cc: Antranig Garibian, Esq.