IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZOLYTICS, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 21-1599-RGA |
| | : Consolidated |
| CIMARRON CAPTIAL, LTD., and KONA CONCEPTS, INC., | : |
| Defendants. | : |

## JUDGMENT

WHEREAS, Plaintiff filed motions for summary judgment against both defendants (D.I. 92, D.I. 96);

WHEREAS, Defendants responded and do not oppose either application (D.I. 102);

NOW THEREFORE, IT IS ORDERED AND ADJUDGED, that judgment be and is hereby entered in favor of Plaintiff Enzolytics, Inc. and against Defendants Cimarron Capital Ltd. and Kona Concepts, Inc.

_____
United States District Judge

Dated: 7/23/2024

_____
(By) Deputy Clerk